IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

AUSTIN DEWAYNE HICKMAN                                                                    PLAINTIFF

v.                                         CASE NO. 2:23-CV-2025

MERCEDES ANDERSON, SHANE DAVIS,
And DR. ELKIN                                                                             DEFENDANTS

**ORDER**

The Court has received a report and recommendation (Doc. 7) from U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action without prejudice for failure to prosecute. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this June 5, 2023.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE